# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **VIOLATION:  E1384379** |
| **Plaintiff,** | |
| vs. | **Location Code: M13** |
| **JANA M. NESCHEN,** | |
| **Defendant.** | **ORDER** |

Upon the request of the Defendant, and for good cause shown, **IT IS ORDERED** that the defendant may appear telephonically at his initial appearance scheduled for September 30, 2022 at 9:00 a.m. (Mountain Time).  The Clerk of Court shall provide the dial-in information to the parties.

DATED this 28th day of September, 2022.

John Johnston
United States Magistrate Judge